UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U. S. Xpress, Inc.,

Plaintiff,

v.

Great Northern Insurance Company and North American Communications Resource, Inc.

Defendants.

Case No. 01-CV-195 PAM/JGL

**STIPULATION TO EXTEND PERIOD OF TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

**STIPULATION TO EXTEND PERIOD OF TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

IT IS HEREBY stipulated and agreed by and between the Defendants, Great Northern Insurance Company and North American Communications Resource, Inc. and the Plaintiff, U.S. Xpress, Inc., through their respective undersigned counsel that the Defendants may answer or otherwise respond in this matter on or before March 23, 2001.

It is further stipulated and agreed that the Court may enter an order in conformity with the foregoing stipulation.

Dated: February 19, 2001

PRIMUS LAW OFFICE, P.A.

By: ____________________
Brent W. Primus (#88328)
630 Wells Fargo Midland Bldg.
401 Second Avenue South
Minneapolis, MN 55401-2350
(612) 333-0909

ATTORNEY FOR DEFENDANTS
GREAT NORTHERN INSURANCE COMPANY
AND NORTH AMERICAN COMMUNICATIONS
RESOURCE, INC.

FILED 2-21-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

Dated: February 19, 2001

KALINA, WILLS, GISVOLD &
CLARK, P.L.L.P.

By: ______________________
Andrew R. Clark MN #1705X
Michael C. Glover MN #185401
941 Hillwind Road N.E.
Suite 200
Minneapolis, MN 55432
(612) 789-9000

ATTORNEYS FOR PLAINTIFF
U.S. XPRESS, INC.

**ORDER**

This matter came before the undersigned upon the parties foregoing stipulation. Based on the records and files in this matter;

IT IS HEREBY ordered that the Defendant may file and serve an answer or otherwise respond in this matter on or before March 23, 2001.

Dated: Feb 21, 2001

Jonathan Lebedoff
District Court Magistrate Judge