239552

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-195 PAM/JGL **Case Title:** US Xpress, Inc. v. Great Northern Insurance Company, et al.

**Affidavit of Movant**

I, Brent Primus, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David T. Maloof, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Great Northern Insurance Company in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature

88328 MN Attorney License #

4/9/01 Date

**Affidavit of Proposed Admittee**

I, David T. Maloof, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

David T. Maloof Type/Print Name

[signature: David T. Maloof] Signature

3/22/01 Date

Attorney License Number: DM 3350

Law Firm Name & Address: Maloof & Browne, LLP
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411

Telephone: (914) 921-1200

Motion Granted: [signature: Francis E. Dosal]
For the Court: Francis E. Dosal, Clerk

APR 10 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

APR 10 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK