**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

U.S. Xpress, Inc.,

Plaintiff,

v.

Great Northern Insurance Company,
as subrogee of North American
Communications Resource, Inc.,

Defendant.

Civil No.: 01-CV-195 PAM/JGL

**STIPULATION AND ORDER**

---

It is hereby stipulated and agreed by and between the Defendant, Great Northern Insurance Company, and the Plaintiff, U.S. Xpress, Inc., through their respective undersigned counsel that all parties consent to the Defendant Great Northern Insurance Company filing the attached Amended Answer, Counterclaims and Jury Demand.

It is further respectfully requested that the Court order the filing of said Amended Answer, Counterclaims and Jury Demand.

Dated: May 10, 01

PRIMUS LAW OFFICE, P.A.

By: ______________________
Brent William Primus (88328)
630 Wells Fargo Midland Building
401 Second Avenue South
Minneapolis, MN 55401-2350
(612) 333-0909

*Attorneys For Defendant Great Northern Insurance Company*

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

Date: 5/8/01

KALINA, WILLS,
GISVOLD & CLARK, P.L.L.P.

By: ______________________
Michael C. Glover (185401)
941 Hillwind Road N.E., Suite 200
Minneapolis, MN 55432
(612) 789-9000

*Attorneys For Plaintiff U.S. Xpress, Inc.*

SO ORDERED:

5/14/01

______________________
United States District Judge

I:\HOME\COMLIT\USXPRESS\NORTHAME\STIPUL.ORD