**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**U.S. XPRESS, INC.,**

Plaintiff,

v.

**GREAT NORTHERN INSURANCE COMPANY, as subrogee of Northern American Communications Resource, Inc.,**

Defendant.

Civ. No. 01-195 (PAM/JGL)

**ORDER**

---

APPEARANCES

Michael Glover, Esq. for Plaintiff.

Brent Primas, Esq. and Barbara Sheridan, Esq. for Defendant.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on September 20, 2001, on Defendant's motion for extension of discovery schedule (Doc. No. 25). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Defendant Great Northern Insurance Company ("Great Northern"), as subrogee of the cargo owner, Northern American Communications Resource, Inc. ("NACR") requests the Court to modify the discovery deadline in the pretrial schedule. A request to modify a pretrial scheduling order requires a

SEP 2 0 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

showing of good cause by the moving party. See D. Minn. LR 16.3; Fed. R. Civ. P. 16(b). The Defendant's request for extension stems from this Court's Order dated August 23, 2001 granting Defendant's motion to compel discovery.

Plaintiff claims it will be prejudiced if this motion is granted. Particularly, Plaintiff has concerns that it may not make its deadlines if additional claims are added, additional parties are added, or additional experts are disclosed. Rule 16(b) focuses on the showing of good cause and diligence by the movant, not whether the non-movant will be prejudiced. See Luigino's, Inc. v. Pezrow Companies, Inc., 178 F.R.D. 523, 525 (D. Minn. 1998). Plaintiff's argument is therefore irrelevant.

The Court finds that Defendant has made the requisite good cause showing that an extension of the discovery schedule is warranted. Defendant needs adequate time to determine if additional claims, parties, and defenses may result from the newly discovered information forthcoming as a result of the prior motion. Therefore, Defendant's motion is granted.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Defendant Great Northern's motion for extension of discovery schedule (Doc. No. 25) is **GRANTED**. The deadline to amend the pleadings is

now October 15, 2001. The deadline to add parties is now October 15, 2001. The deadline to disclose expert witnesses is now November 15, 2001. All other deadlines in the pretrial schedule remain unchanged.

Dated: September 20, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge