UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. XPRESS, INC.,

Plaintiff,

Case No. 01-CV-195 PAM/JGL

v.

GREAT NORTHERN INSURANCE COMPANY as subrogee of NORTH AMERICAN COMMUNICATIONS RESOURCE, INC.,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER THIRD PARTY COMPLAINT**

GREAT NORTHERN INSURANCE COMPANY as subrogee of NORTH AMERICAN COMMUNICATIONS RESOURCE, INC.,

Third Party Plaintiff,

v.

VOLVO TRUCKS NORTH AMERICA, INC.,

Third Party Defendant.

The parties hereby stipulate to an Order extending the time for Third Party Defendant Volvo Trucks North America, Inc. to serve an Answer to the Third Party Complaint herein until January 18, 2002.

Dated: January 11, 2002.

KALINA, WILLS, GISVOLD & CLARK, LLP

By ______________________
Michael C. Glover
6160 Summit Drive, Suite 560
Minneapolis, MN 55430
Telephone: (763) 259-3450
Facsimile: (763) 503-7070
**ATTORNEYS FOR U.S. XPRESS, INC.**

JAN 16 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

::ODMA\PCDOCS\MSP\194224\1

Dated: January 14, 2002.

MALOOF & BROWNE LLP

By Barbara Sheridan
David T. Maloof
Barbara A. Sheridan
411 Theodore Fremd Avenue
Suite 190
Rye, NY 10580-1411
(914) 921-1200

and

Brent Wm. Primus
PRIMUS LAW OFFICE, P.A.
630 Wells Fargo Midland Bldg.
401 Second Avenue South
Minneapolis, MN 55401-2350
(612) 333-0909
**ATTORNEYS FOR GREAT NORTHERN INSURANCE COMPANY**

Dated: January 14, 2002.

BOWMAN AND BROOKE LLP

By George W. Soule
George W. Soule
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402-4244
(612) 339-8682
**ATTORNEYS FOR VOLVO TRUCKS NORTH AMERICA, INC.**

**ORDER**

Pursuant to the Stipulation above,

IT IS HEREBY ORDERED, that Third Party Defendant shall have until January 18, 2002 to serve an Answer to the Third Party Complaint herein.

BY THE COURT:

Jonathan G. Lebedoff
United States Magistrate Judge

Dated: January 14, 2002.