RECEIVED
02 FEB 12 PM 3:06
CLERK, U.S. DIST. COURT
MINNEAPOLIS, M.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------------------------x

U.S. XPRESS, INC.

Plaintiff,

v.

GREAT NORTHERN INSURANCE COMPANY as subrogee of NORTH AMERICAN COMMUNICATIONS RESOURCE, INC.,

Defendants.

-----------------------------------------------------x

GREAT NORTHERN INSURANCE COMPANY as subrogee of NORTH AMERICAN COMMUNICATIONS RESOURCE, INC.,

Third Party Plaintiff

v.

VOLVO TRUCKS NORTH AMERICA, INC.,

Third Party Defendant.

-----------------------------------------------------x

Case No. 01-CV-195 PAM/JGL

**STIPULATION AND ORDER**

WHEREAS, the Answer of the Third Party Defendant Volvo Trucks North America, Inc. was delayed in this matter:

WHEREAS, the parties, while working diligently to complete discovery, have material outstanding discovery in this matter, and

WHEREAS, the discovery deadlines as to Plaintiff U.S. Xpress, Inc. and defendant Great Northern Insurance Company will remain intact, and counsel for U.S. Xpress



FEB 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

advises that his client takes no position as to discovery deadlines which affect Great Northern and Volvo;

IT IS HEREBY STIPULATED AND AGREED between Great Northern Insurance Company and Volvo Trucks North America, Inc., that the following deadlines in this matter be extended:

| | |
|---|---|
| Settlement conference with party: | June 13, 2002 |
| Deadline for Great Northern to disclose expert witnesses and their reports: | June 17, 2002 |
| Deadline for Volvo to disclose expert witnesses and their reports: | July 1, 2002 |
| Deadline for all discovery: | September 2, 2002 |
| Deadline for non-dispositive motions: | September 2, 2002 |
| Deadline for dispositive motions to be noticed, served and filed: | September 2, 2002 |
| Ready for Trial Date: | October 1, 2002 |

Dated: February 12, 2002

MALOOF & BROWNE LLP

By:____________________
David T. Maloof, Esq.
Barbara Sheridan, Esq.
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580-1411
(914) 921-1200

and

PRIMUS LAW OFFICE, P.A.
Brent Wm. Primus, Esq. (# 88328)
630 Wells Fargo Midland Building
401 Second Avenue South
Minneapolis, MN 55401-2350
(612) 333-0909
*Attorneys for Defendant -*
*Third Party Plaintiff*
*Great Northern Insurance Company*

BOWMAN & BROOKE LLP

By:____________________
George Soule, Esq. (103664)
Michelle L. Rognlien (0260411)
150 South Fifth Street – Suite 2800
Minneapolis, MN 55402
(612) 672-3251
*Attorneys for Third Party Defendant*
*Volvo Trucks North America, Inc.*

SO ORDERED:

____________________
Hon. Jonathan Lebedoff
United States Magistrate Judge

Great Northern 3:\Stipulation-Order.3