**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

02 JUN 25 PM 4:07

U.S. Xpress, Inc.,

Plaintiff,

v.

Great Northern Insurance Company, as subrogee of North American Communications Resource, Inc.,

Defendant/Third-Party Plaintiff,

v.

Volvo Trucks North America, Inc.,

Third-Party Defendant.

Civil No.: 01-CV-195 PAM/RLE

**STIPULATION AND ORDER**

**STIPULATION**

WHEREAS, the Plaintiff and Defendant have asserted various claims and defenses against each other in this action (the "Original Claims");

WHEREAS, on or about October 31, 2001, Magistrate Judge Lebedoff modified the Pre Trial Scheduling Order in this matter setting, among other items, a trial ready date of July 1, 2002 and allowing the Defendant to assert third party claim(s) against the Third-Party Defendant;

WHEREAS, the Defendant/Third-Party Plaintiff and Third Party Defendant have asserted various claims and defenses in this action (the "Third Party Claims");

WHEREAS, on or about December 10, 2002, Judge Paul A. Magnuson issued an Memorandum and Order substantially limiting the liability of the Plaintiff to the Defendant on the Original Claims;

FILED JUN 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

WHEREAS, on or about February 13, 2002, Magistrate Judge Lebedoff executed a stipulated Order establishing pre-trial dates for the Third Party Claims including, but not limited to, setting a trial ready date of October 1, 2002;

WHEREAS, having two pre-trial schedules (one for the Original Claims and one for the Third-Party Claims) will cause the Court and the Parties to needlessly duplicate trial preparation and trial time;

WHEREAS, the Parties believe that moving the pre-trial schedule and trial ready dates for the Original Claims to the pre-trial schedule and trial ready date for the Third-Party Claims will add negligible additional trial preparation and trial time;

WHEREAS, the parties believe that the interests of justice would be served and the valuable time of the Court be best and most efficiently used by placing the Original Claims on the same later pre-trial schedule as the Third-Party Claims;

NOW THEREFORE, it is hereby stipulated and agreed by and between the Defendant and Third-Party Plaintiff, Great Northern Insurance Company, the Plaintiff, U.S. Xpress, Inc., and the Third-Party Defendant through their respective undersigned counsel that this matter as follows:

1. That the pre-trial schedule for the Original Claims set forth in Magistrate Judge Lebedoff's October 13, 2001 is revoked;

2. That the pre-trial schedule deadlines for the Original Claims shall now be the same as those for the Third-Party Claims, to wit, those remaining pre-trial and trial ready dates contained in Magistrate Lebedoff's February 13, 2002 Order as follows:

| | |
|---|---|
| Deadline for Volvo to disclose expert witnesses and their reports: | July 1, 2002, |
| Deadline for all discovery: | September 2, 2002, |

| | |
|---|---|
| Deadline for non-dispositive motions: | September 2, 2002, |
| Deadline for dispositive motion to be noticed, filed and served: | September 2, 2002, |
| Ready for Trial Date: | October 1, 2002. |

3. That the Court may issue an Order in conformity with the foregoing.

Date: June 25, 2002

**KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.**

By: ______________________
Michael C. Glover (185401)
941 Hillwind Road N.E., Suite 200
Minneapolis, MN 55432
(612) 789-9000
*Attorneys For Plaintiff U.S. Xpress, Inc.*

Date: June ____, 2002

**PRIMUS LAW OFFICE, P.A.**

By: ______________________
Brent William Primus (88328)
630 Wells Fargo Midland Building
401 Second Avenue South
Minneapolis, MN 55401-2350
(612) 333-0909
*Attorneys For Defendant / Third Party Plaintiff*
*Great Northern Insurance Company*

Date: June 25, 2002

**BOWMAN AND BROOKE LLP**

By: ______________________
George W. Soule (103664)
Michelle Rognlien (0260411)
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402-4244
(612) 339-8682
*Attorneys For Third Party Defendant*
*Volvo Trucks North America, Inc.*

**ORDER**

This matter came before the undersigned upon the Parties' foregoing Stipulation. Based on the foregoing and having considered the matter, the Court makes the following Order:

1. The pre-trial schedule for the Original Claims set forth in Magistrate Judge Lebedoff's October 13, 2001 is revoked;

2. The pre-trial schedule deadlines for the Original Claims shall now be the same as those for the Third-Party Claims, to wit, those remaining pre-trial and trial ready dates contained in Magistrate Lebedoff's February 13, 2002 Order as follows:

| | |
|---|---|
| Deadline for Volvo to disclose expert witnesses and their reports: | July 1, 2002, |
| Deadline for all discovery: | September 2, 2002, |
| Deadline for non-dispositive motions: | September 2, 2002, |
| Deadline for dispositive motion to be noticed, filed and served: | September 2, 2002, |
| Ready for Trial Date: | October 1, 2002. |

SO ORDERED:

June 27, 2002

United States District Court Magistrate Judge

I:\HOME\COMLIT\USXPRESS\NORTHAME\STIPUL2.ORD