UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

U.S.Xpress, Inc.,

Plaintiff,

vs. MINUTE ORDER

Great Northern Insurance Company as subrogee of North American Communications Resource, Inc.,

Defendants and Third-Party Plaintiffs,

vs.

Volvo Trucks North America, Inc.,

Third-Party Defendants. Civ. No. ~~00-1767~~ 01-195 (~~PAM~~ JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 29th day of August, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the parties' stipulation to extend the remaining pretrial deadlines. Since the extension proposed by the parties would extend beyond the scheduled Trial date of October 1, 2002, and as the parties have

64

FILED AUG 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

neither sought, nor obtained, leave from the District Court to alter that Trial setting, we decline to grant the relief requested by the parties. Instead, we have instructed the parties to present their request to the District Court, in the first instance. In addition, we reminded the parties that, even if they should obtain a continuance of the Trial setting, they are obligated, in order to obtain a change in a pretrial deadline, to show cause for the amendment requested, a showing that they have not here made.

NOW, THEREFORE, It is --

ORDERED:

That the parties' Stipulated Agreement to allow the Plaintiff leave to file an Amended Complaint is DENIED, but without prejudice to its renewal, upon a showing of good cause, and leave of the District Court.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE