# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

U.S. Xpress, Inc.,

Plaintiff,

v.

Great Northern Insurance Company, et al.,

Defendants.

Civil 01-195 (PAM/RLE)

**ORDER**

---

Great Northern Insurance Company, et al..

Third Party Plaintiffs,

v.

Volvo Trucks North America, Inc.,

Third Party Defendant.

---

IT IS HEREBY ORDERED that upon the motion of Great Northern Insurance Company:

The trial date in this matter is continued to December 1, 2002.

Dated: September 10 , 2002

Paul A. Magnuson
United States District Court Judge

SEP 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK