RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------------------------------------x

U.S. XPRESS, INC.,

Plaintiff,

Case No. 01-CV-195 PAM/RLE

v.

GREAT NORTHERN INSURANCE COMPANY as subrogee of NORTH AMERICAN COMMUNICATIONS RESOURCE, INC.,

Defendant.

-----------------------------------------------------------------x

**ORDER**

GREAT NORTHERN INSURANCE COMPANY as subrogee of NORTH AMERICAN COMMUNICATIONS RESOURCE, INC.,

Third Party Plaintiff

v.

VOLVO TRUCKS NORTH AMERICA, INC.,

Third Party Defendant.

-----------------------------------------------------------------x

IT IS HEREBY ORDERED that upon the annexed Declaration of Barbara Sheridan, together with Defendant's Exhibits annexed thereto; the Defendant's accompanying Memorandum of Law and all prior proceedings had herein, that the following deadlines in this matter be extended:

| | |
|---|---|
| Deadline for Discovery: | November 14, 2002 |
| Deadline for all motions (Dispositive and non-dispositive) | November 14, 2002 |

Dated: September 20, 2002

Raymond L. Erickson
United States Magistrate Judge

F:\WP-DOCS\0304.05\091302bs-ord.doc

77

FILED SEP 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK mjk