# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

US Xpress, Inc.,

v.

Great Northern Insurance Co.

**CIVIL TRIAL NOTICE**

**Case Number 01-195 (PAM)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Tuesday, December 10, 2002 @ 9:00 A.M. for trial. This case is #1 on the court's calendar.**

All responses to motions in limine are due immediately.

Dated: December 2, 2002

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: All Counsel of Record

FILED 12-2-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM

101