# UN..ED STATES COURT OF AF PEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1527/1528

| | | |
|---|---|---|
| U.S. XPress, Inc., | * | |
| | * | |
| Appellee/Cross-Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Great Northern Insurance Company, as subrogee of North American Communications Resource, Inc., | * | |
| | * | |
| Appellant/Cross-Appellee, | * | |
| | * | |
| Volvo Trucks North America, Inc., | * | |
| | * | |
| Appellee. | * | |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

May 12, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS. CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

MAY 19 2003
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK